UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81986-MIDDLEBROOKS

DANIEL LUGO,

      Plaintiff,

v.

THE GRAND HOTEL VENTURE, LLC,

      Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each side to bear his or its own fees and costs except as otherwise agreed.

      s/Drew M. Levitt
      DREW M. LEVITT
      Florida Bar No. 782246
      drewmlevitt@gmail.com
      LEE D. SARKIN
      Florida Bar No. 962848
      LSarkin@aol.com
      4700 N.W. Boca Raton Boulevard
      Suite 302
      Boca Raton, Florida 33431
      Telephone (561) 994-6922
      Attorneys for Plaintiff