UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81986-CV-MIDDLEBROOKS

DANIEL LUGO,

    Plaintiff,

v.

THE GRAND HOTEL
VENTURE, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiffs' Notice of Voluntary Dismissal with prejudice filed on March 14, 2023 (DE 4).  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff may voluntarily dismiss a claim by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendant has served neither filing. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that **DISMISSED WITH PREJUDICE.**  The Clerk of Court shall **CLOSE THIS CASE.**  All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 16th day of March, 2023.

Donald M. Middlebrooks
United States District Judge

Copies to:    Counsel of Record